1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8                                          No  C              VRW

9              Plaintiff,
                                           **ORDER SETTING CASE**
10    v                                    **MANAGEMENT CONFERENCE**

11

12
              Defendant.
13

14    _____/

15

16          Pursuant to FRCP 16 and Civil LR 16-2, **IT IS ORDERED** that a Case

17    Management Conference will be called in this case before the undersigned **Thursday,**

18    _____ at **3:30 p.m.** in Courtroom 6, 17th floor, at 450 Golden Gate

19    Avenue, San Francisco, California.

20          **IT IS FURTHER ORDERED** :

21          1. Plaintiff is directed to serve, in accordance with the provisions of FRCP 4

22    and 5, copies of this order at once on all parties to this action, and on any parties

23    subsequently joined.  Following service, plaintiff shall file an appropriate certificate of

24    service with the court.

25          2. Failure to serve the summons, complaint and this order on all parties

26    pursuant to FRCP 4 and 5 shall be presumptive evidence of lack of prosecution and subject

27    the complaint to dismissal under FRCP 41(b).  Except in the unusual case, the court expects

28    that by the time of conference, the answer or other responsive pleading shall have already

United States District Court
For the Northern District of California

1   been served and filed.  In the event a party files a motion to dismiss pursuant to FRCP 12,

2   the court will vacate the date of the Case Management Conference and will re-set it after

3   ruling on the motion to dismiss.  The court discourages the parties from extending time for

4   pleading or seeking extensions of time beyond those provided in the Federal Rules.

5       3. Before appearing at the conference, the parties or their counsel, or both,

6   shall meet and confer about the substance of the action and the most expeditious means of

7   resolving this litigation.  To prepare for the conference, the parties shall review and comply

8   in all respects with the requirements of Civil L R 16-9.

9       4. At the initial case management conference, the parties or at least one

10  attorney of record for each party must appear in person.  See FRCP 26(f); Civ LR 16-10(a).

11  The case management conference shall be conducted informally and not reported unless

12  one or more parties is not represented by counsel.  Failure of any party or counsel therefor

13  to attend, prepare for and participate in good faith in the conference shall be grounds for

14  appropriate sanctions.  FRCP 16(f).

15      5. No continuance of the conference will be granted except by order of the

16  court upon application of a party.  The application shall be made seven days before the date

17  of the conference and supported by a declaration showing good cause.  In no event shall any

18  party request that the conference be scheduled more than 60 days after filing of the answer

19  by any party.

20      6. The parties are directed to comply with Civil L R 37-1(b) for presentation of

21  a disclosure or discovery dispute not resolved by the conference required by Civil L R 37-

22  1(a).

23  **IT IS SO ORDERED.**

24

25  _____

26  VAUGHN R WALKER
    UNITED STATES DISTRICT CHIEF JUDGE

27

28