UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** October 29, 2007

**COURTROOM DEPUTY:** Cora Klein       **Court Reporter:** Joan Columbini

**CASE NO.** C 07-5495 VRW

**TITLE:** Gallagher Benefit Services, Inc et al v James De La Torre and Andreini & Co.

**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**
Robert Niemann
Althea Bovell

**PROCEEDINGS:**
　　　　Exparte TRO

**ORDER:**
　　　　It is hereby ordered that a temporary restraining order shall be issued to defendants James De La Torre and Andreini & Company. The defendants shall appear for a hearing to show cause why the court should not enter a preliminary injunction on Monday, November 5, 2007 at 10:00 a.m. in courtroom no. 6.
Gallagher shall post a bond in the amount of $25,000 no later than 11/2/2007.
Plaintiff must complete service by not later than 5:00 pm on 10/30/2007.