IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLAGHER BENEFITS SERVICES, INC,    No  C 07-5495 VRW

    Plaintiff,    ORDER

  v

JAMES DE LA TORRE AND ANDREINI & COMPANY,

    Defendants.

_____/

On reading the complaint of Gallagher Benefit Services, Inc ("Gallagher") on file in the above-entitled action, the Declarations of David Brown and Robert S Niemman, and the accompanying memorandum of points and authorities, it appears to the satisfaction of the court that this is a proper case for granting an ex parte temporary restraining order and an order to show cause for a preliminary injunction, and that unless the relief prayed for be granted, great and irreparable injury will result to Gallagher before the matter can be heard on noticed motion.

IT IS HEREBY ORDERED that a temporary restraining order shall issue in that James De La Torre, Andreini & Company, and their agents, employers, employees and other persons acting in concert with them or on their behalf are restrained as follows:

(a) defendants shall not use or disclose confidential information obtained by De La Torre during his employment with Gallagher;

(b) defendants shall not fail to return to Gallagher any confidential, proprietary and trade secret information obtained by De La Torre during his employment with Gallagher;

(c) defendants shall not fail to return to Gallagher all originals and all copies of files, data and information removed by De La Torre from Gallagher, including, but not limited to, any disc and data removed from Gallagher by De La Torre, all electronic information regarding Gallagher stored on De La Torre's Blackberry and all information e-mailed to De La Torre's personal e-mail account from his Gallagher e-mail account;

(d) defendants shall not fail to preserve without change from the date of this order all discs and electronic storage devices to which De La Torre had or has access during his employment with Andreini; and

(e) defendants shall not solicit clients of Gallagher whose business De La Torre handled while working at Gallagher, and defendants shall not place or accept the insurance business of such clients.

IT IS FURTHER ORDERED that James De La Torre and Andreini & Company shall appear in Courtroom 6 of this court located at 450 Golden Gate Avenue, San Francisco, California 94102 on November 5,

2007 at 10:00am, or as soon thereafter as the matter may be heard, then and there to show cause, if any, why this order should not be entered as a preliminary injunction.

Service is to be completed by not later than 5:00pm on October 30, 2007.

Gallagher shall post a bond in the amount of $25,000 not later than November 2, 2007.

**IT IS SO ORDERED.**

**VAUGHN R WALKER**

**United States District Chief Judge**