ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GALLAGHER BENEFIT SERVICES, a
Delaware corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

JAMES DE LA TORRE, an individual, and
ANDREINI & COMPANY, a California
corporation

C 07 5495 VRW

TO: (Name and address of defendant)

JAMES DE LA TORRE

449 Cedar Avenue

San Bruno, CA 94066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT S. NIEMANN (SBN 087973); ALTHEA BOVELL (SBN 200240)

KRISTA L. MITZEL (SBN 221002)

SEYFARTH SHAW LLP

560 Mission Street, #3100; San Francisco, CA 94105

Tel: 415/397-2823; Fax: 415/397-8549

an answer to the complaint which is herewith served upon you, within 20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  OCT 2 9 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc
www.USCourtForms.com

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT S. NIEMANN, ESQ. (087973)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | (415) 397-2823 | |
| Attorneys for: GALLAGHER BENEFIT SERVICES | Ref. No. Or File No.<br>W2486461 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
GALLAGHER BENEFIT SERVICES

Defendant:
JAMES DE LA TORRE

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-5495 VRW |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: Summons on James De La Torre; ; Order; Order Setting Initial Case Management and ADR Deadlines; Complaint for Damages; Ex Parte Application for Temporary Restraining Order; Memo of Points & Authorities ISO Ex Parte' Declaration of Robert Niemann ISO Ex Parte; Declaration of David Brown ISO Restraining Order

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Plaintiff : JAMES DE LA TORRE, an individual

By Serving : JAMES DE LA TORRE, an individual

Address : 449 Cedar Avenue, San Bruno, California 94066
Date & Time : Wednesday, October 31, 2007 @ 8:13 p.m.
Witness fees were : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 1, 2007          Signature: _____
                                            Stephen Sabol

