UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

DATE: November 5, 2007

COURTROOM DEPUTY: T. De Martini          Court Reporter:   Sylvia Russo

CASE NO.  C-07-5495-VRW

TITLE: GALLAGHER BENEFIT SERVICES INC. et al. -v- JAMES DE LA TORRE et al.

COUNSEL FOR PLAINTIFF:              COUNSEL FOR DEFENDANT:
Althea Bovell                                     David Morgan
Michael Burns

PROCEEDINGS:     Order to Show Cause/Plaintiff's Motion for Preliminary Injunction

RESULTS:     Case Continued to 11/15/07 at 2:30 p.m. For Further Hearing

Defendant's Opposition Due: 11/12/07 by 12:00 p.m.

Plaintiff's Reply Due: 11/14/07 by 12:00 p.m.

The Temporary Restraining Order is to Stay in Place as to Sections A - D.

cc: Cora