| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT S. NIEMANN, ESQ. (087973)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | (415) 397-2823 | |
| Attorneys for: GALLAGHER BENEFIT SERVICES | Ref. No. Or File No.<br>W2486463 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
GALLAGHER BENEFIT SERVICES

Defendant:
JAMES DE LA TORRE

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-5495 VRW |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: Summons on Andreini & Company; Order; Order Setting Initial Case Management and ADR Deadlines; Complaint for Damages; Ex Parte Application for Temporary Restraining Order; Memo of Points & Authorities ISO Ex Parte' Declaration of Robert Niemann ISO Ex Parte; Declaration of David Brown ISO Restraining Order

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : ANDREINI & COMPANY, a California corporation

By Serving         : GRACE WONG, Secretary to **Registered Agent: JOHN ANDREINI/Authorized to Accept Service of Process**
Address            : 220 W 20th Avenue, San Mateo, California 94403
Date & Time        : Tuesday, October 30, 2007 @ 3:35 p.m.
Witness fees were  : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 634
   (3) County: Contra Costa
   (4) Expires: 2/24/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 31, 2007         Signature: *William E. Galdamez*
                                          William E. Galdamez


Printed on recycled paper