**UNITED STATES DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION
450 GOLDEN GATE AVENUE, BOX 36035
SAN FRANCISCO, CA 94102

February 8, 1996

James DeLaTorre
Eagle Financial Services
2121 South El Camino Real
Suite 612
San Mateo, California 94403

Dear Mr. DeLaTorre:

I would like to take this opportunity to express my appreciation to your company for providing training relative to the various federal financial benefits available to the employees of the San Francisco Field Division. This training proved to be both informative and beneficial.

Once again thank you for generously sharing your employees time and expertise with us. It was educational and enlightening for our personnel.

Sincerely,

William J. Mitchell
Special Agent in Charge
San Francisco Field Division



EXHIBIT **A**



U.S. Department of Justice

Federal Prison System

Federal Correctional Institution

Terminal Island
P.O. Box 3244
San Pedro, CA 90731-0207

October 15, 1996

James DeLaTorre
Eagle Financial Services
2121 South El Camino Real
Suite 612
San Mateo, CA 94403

Dear Mr. DeLaTorre:

I would like to take this opportunity to express my appreciation to your company for providing training to our employees regarding the various federal financial benefits available to them. The training was beneficial and only positive comments were received.

Once again, thank you for generously sharing your time and expertise with us.

Sincerely,

Michael L. Benov
Warden

EXHIBIT B





U. S. Department of Justice

Drug Enforcement Administration

Miami Field Division
8400 NW 53rd Street
Miami, FL 33166

JUN - 4 1997

Mr. James De La Torre
Eagle Federal Benefit Systems
1820 Ogden Drive, Suite 201
Burlingame, CA 94010

Dear Mr. De La Torre:

I would like to personally thank you on behalf of the Drug Enforcement Administration, Miami Field Division, for the Federal Benefits program that you presented on April 23, May 13, and May 16, 1997, for approximately 170 of our personnel. The Miami Field Division Training Coordinators have indicated that a number of people, both agent and non-agent personnel, have stated that this is the best training session they have ever attended and certainly the best on Federal Benefits. The Training Coordinators have also indicated that your tireless approach and after hours effort was tremendous and very much appreciated.

The Miami Field Division has been well served by your program and its employees have become far more knowledgeable about their benefits. Thank you again for your outstanding presentations and your display of genuine concern.

Sincerely,

William J. Mitchell
Special Agent in Charge

EXHIBIT C



**Gallagher Benefit Services of California**

Insurance Services

October 30, 2007

Mr. Kenneth Gardner
President, National Council of Bankruptcy Clerks
c/o U S Bankruptcy Court
219 South Dearborn Street, Room 750
Chicago IL 60604

Re: Gallagher Benefit Services (GBS)/ Federal First Program

Dear Ken:

Thank you for taking the time to meet with us this Thursday, November 1 to discuss the NCBC's recent decision regarding your broker/consulting representation in the marketplace in light of Jim De La Torre's resignation from Gallagher Benefit Services (GBS) and the Board's October 24, 2007 vote to change Broker of Record designation. We believe the discussion below will improve the visibility of our past and continued commitment to the NCBC benefit program under the Federal First brand and reinforce our value to NCBC, its directors, and members.

GBS continuously supported the Federal First program and its predecessor, FEGLTD, for many years. Further, we greatly appreciate the leadership that the NCBC has demonstrated by assuming the role of plan sponsor/policyholder during our 2006-07 long term disability plan carrier negotiations and eventual change from Hartford to Aetna.

One of GBS key operating tenets is to keep the best interests of the clients at the forefront of our thinking at all times. With our long term relationship in mind, we believe it is prudent to alert you to several points that you should consider before moving forward with another organization.

- Compliance for education programs, etc. – In GBS' opinion, all financial educators should be formally licensed as Registered Representatives under the Financial Industry Regulatory Authority (FINRA) and/or the SEC. Any educational meetings, seminars, webcasts are furnished to Gallagher clients by Gallagher Retirement Services (GRS). GRS is a market leader in delivering these services and is ready to add value to NCBC's education efforts. Relevant examples include white papers and consulting on the 2007 Pension Protection Act, Sec. 403(b) final regulations, and additional staff of ERISA attorneys, SEC attorneys, compliance officers and CFA's.
- Insurers - We have tremendous access to insurance carriers, usually at the senior executive levels. Due to our worldwide placements of billions of dollars in premiums, insurers such as Aetna listen to us.
- Resource Support - Aetna and GBS have and are continuing to assemble tremendous marketing and sales resources for managing and expanding Federal First. Aetna has stated that they will review all current services and obligations -- including the pricing of insurance offerings, if the broker designation is moved from GBS. We expect to learn more specific information from Aetna shortly.

One Market, Spear Tower, Suite 200
San Francisco, CA 94105
(415) 536-8405
Fax (415) 536-8499
License # 0D36879
david_brown@ajg.com
www.ajg.com
www.gallagherbenefits.com



EXHIBIT D



Mr. Kenneth Gardner
October 30, 2007
Page 2

- Federal First - GBS developed and controls this proprietary brand, logo and collateral materials. It cannot be offered or transferred to any other entity.
- Website - GBS also developed the Federal First website (which we also consider to be a proprietary asset.)

As your advisor, we are obligated to properly inform you of the exposures and disruptions that would result from a broker change. We are concerned that the NCBC Board may not have been adequately and properly informed as to how a broker change could potentially jeopardize services to the existing Federal First program. Further, as we re-examine to our concerns is our understanding of your intent to roll out educational programs that may require and have not have been properly reviewed and approved as compliant with the new federal regulations and under the proper guidelines established by the SEC and NASD.

To summarize, due to the significant concerns noted above and the resulting potential of unintentional liability exposures to NCBC's Board, we strongly recommend that that you rescind or at a minimum, postpone the broker change. We recommend that the Board take the time necessary to become better informed as to the additional decision variables we have noted to make the best judgment for all constituents -- one based on a comprehensive understanding of comparable resources and capabilities for meeting the short and long-term objectives of the NCBC while also properly advising the Board on mitigating risk exposures. We are happy to confer with the Board in whatever forum you or they prefer.

We look forward to our meeting Thursday. We intend to provide you with additional clarity and specifics that will best protect your and the NCBC's best interests. Again, GBS clearly intends to continue growing our commitment to NCBC and other Federal First plan sponsors. We obviously value NCBC's leadership in this program and look forward to continuing as your trusted advisor and broker.

Please feel free to share this with Board members or others you deem appropriate.

Sincerely,


David W. Brown
Area President


Cc: Norbert Chung, Gallagher Benefit Services
Mike DiCenso, Gallagher Retirement Services
John Evans, Gallagher Benefit Services

A SUBSIDIARY OF ARTHUR J. GALLAGHER & CO.                    CA. LICENSE #0D36879
www.ajg.com

