1 | SEYFARTH SHAW LLP
Robert S. Niemann (SBN 087973)
2 | E-mail: rniemann@seyfarth.com
Michael J. Burns (SBN 172614)
3 | E-mail: mburns@seyfarth.com
Althea Bovell (SBN 200240)
4 | E-mail: abovell@seyfarth.com
Krista L. Mitzel (SBN 221002)
5 | E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
6 | San Francisco, California 94105
Telephone: (415) 397-2823
7 | Facsimile: (415) 397-8549

8 | Attorneys for Plaintiff
GALLAGHER BENEFIT SERVICES

9 |

10 | UNITED STATES DISTRICT COURT

11 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | GALLAGHER BENEFIT SERVICES, a     )     Case No. C 07 05495 VRW
Delaware Corporation,                        )
13 |                                          )     **DECLARATION OF DAVID BROWN**
Plaintiff,                                   )     **IN SUPPORT OF PLAINTIFF'S REPLY**
14 |                                          )     **TO DEFENDANTS' OPPOSITION TO**
v.                                           )     **APPLICATION FOR TEMPORARY**
15 |                                          )     **RESTRAINING ORDER AND ORDER**
                                             )     **TO SHOW CAUSE REGARDING**
16 | JAMES DE LA TORRE, an individual,        )     **PRELIMINARY INJUNCTION**
ANDREINI & COMPANY, a California             )
17 | Corporation,                             )     **Date:          November 15, 2007**
                                             )     **Time:          2:30 p.m.**
18 |             Defendants.                  )     **Courtroom:  6**
_____     )     **Honorable Vaughn R. Walker**

19 |

20 |     I, David Brown, declare:

21 |         1.      I am the Area President (Branch Manager) for Gallagher Benefit Services.  My

22 | office is in San Francisco, California.  I have full knowledge of, and am competent to testify to,

23 | all matters stated in this Declaration herein, and have a reasonable belief that the information

24 | indicated to be on information and belief is accurate, and if called to testify in this matter would

25 | competently testify to the matters stated therein.

26 |         2.      As the Area President for Gallagher, I am familiar with Gallagher's current and

27 | prospective accounts, business, development and marketing efforts, particularly related to the

28 | Federal First™ program.  I am also familiar with Gallagher's confidential and proprietary

---

DECL. OF D. BROWN I/S/O GALLAGHER'S REPLY RE TRO AND PRELIMINARY
INJUNCTION

1    information and data which has been accumulated, refined and developed over many years and at

2    great expense, and the Company's efforts to maintain the secrecy thereof.

3         3.     Gallagher's prospective client Federal Law Enforcement Officers Association

4    ("FLEOA") is a current endorser under Gallagher's Long Term Disability plan, and had

5    previously committed to signing up for Gallagher's new Life Program which was scheduled to

6    roll out about this time of the year, Fall 2007.  Jim De La Torre had access to and serviced

7    FLEOA and John Bottone, FLEOA's Vice President – Membership Services, using Gallagher's

8    confidential and proprietary information during his employment at Gallagher.  I am informed

9    and believe that AETNA, Gallagher's carrier for Federal First™ recently received a broker of

10   record letter for FLEOA, naming Andreini as the broker of record, indicating that Andreini and

11   De La Torre – not Gallagher – are FLEOA's brokers and have the authority to contract with

12   them for insurance coverage, that was previously provided by Gallagher.[1]  FLEOA's estimated

13   number of eligible members is 22,000.  The projected loss to the Company from this account is

14   $30,000 to $50,000 a year in new revenue.

15        4.     In addition, De La Torre has utilized Gallagher's confidential and proprietary

16   information to unfairly target existing clients and members.  The National Council of Bankruptcy

17   Clerks ("NCBC") has also voted to move their insurance and benefits business from Gallagher to

18   Andreini, based on De La Torre's misrepresentation that there would be no change in services

19   offered under Andreini's helm, or in premiums.  NCBC has an estimated 10,000 eligible

20   members in its group.  About 69% of the Federal First™ enrollment comes from NCBC.

21        5.     Gallagher's Federal First™ clients make up less than 5% of the total marketplace

22   of federal employees.  The loss of business from FLEOA and the NCBC is roughly 63% of

23   Gallagher's entire business and will result in an estimated loss to Gallagher of at least

24   $750,000.00 per year in business.  Currently, I believe there are over eight hundred thousand

25   federal employees in the United States.

26

27

28        [1] / A BOR or Broker of Record letter authorizes the holder to negotiate—sometimes immediately—with carriers on behalf of clients.

2

6.      De La Torre indicated to me that he never formally worked with federal employee group organizations before coming to Gallagher, and that the bulk of his insurance business while self employed and working with other companies was to sell insurance to individuals.

7.      Contrary to De La Torre's assertion, I never ordered him to leave the Gallagher offices after receiving his letter of resignation.  In fact, when we spoke on October 15, 2007, he agreed to meet with me on October 18, 2007, to go through his accounts pursuant to the fourteen day Notice Period in the Executive Agreement, but he reneged.  At all times, De La Torre was subject to the confidentiality provisions of the Executive Agreement, in addition to the "winding down" provisions provided under the Notice Period.  Gallagher never waived these provisions, and emphasized the need for De La Torre to comply with these requirements in email correspondence between myself and De La Torre, and between Jim Tixier and De La Torre.[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 14, 2007 at San Francisco, California.

_____
David W. Brown

SF1 28307671.1 / 37808-000065

_____
[2]      See Decl. of Dave Brown In Support Of Ex Parte Application, ¶ 20, 27, Ex. F, I and J (filed with moving papers on October 29, 2007).

3

DECL. OF D. BROWN I/S/O GALLAGHER'S REPLY RE TRO AND PRELIMINARY INJUNCTION