```
SEYFARTH SHAW LLP
Robert S. Niemann (SBN 087973)
E-mail: rniemann@seyfarth.com
Althea Bovell (SBN 200240)
E-mail: abovell@seyfarth.com
Krista L. Mitzel (SBN 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
GALLAGHER BENEFIT SERVICES
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLAGHER BENEFIT SERVICES, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DE LA TORRE, an individual, ANDREINI & COMPANY, a California Corporation,<br><br>    Defendants. | Case No. 07 05495 VRW<br><br>**DECLARATION OF LYNELL PHILLIPS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         November 15, 2007<br>Time:        2:30 p.m.<br>Courtroom:    6<br>Honorable Vaughn R. Walker |

I, Lynell Phillips, hereby declare:

1.  I am principal of Phillips Computer Forensics. I make this declaration based on my own personal knowledge, except for those matters described as on information, and if called as a witness, could and would testify competently to the matters set forth herein. Attached as Exhibit A is a true and correct copy of my curriculum vitae.

I have 10 years experience working in the field of litigation support including collection and processing of electronically stored information (ESI), discovery consulting and computer forensics. My CV is attached as Exhibit A to this document. I have worked on over 100 cases since starting Phillips Computer Forensics in 2004. This work has included discovery consulting for clients that include Fortune 50 and Bay Area technology companies. As a part of this

1

Declaration of Lynell Phillips I/S/O of Gallagher's Motion for Preliminary Injunction
Case No. 07 05495 VRW

1  consulting, I have been involved in drafting and implementing preservation holds as well as
2  working to ensure the preservation of data that responsive to the litigation. Due to my expertise
3  in the area of ESI data discovery, preservation, collection, forensics and processing, I am
4  regularly asked to speak at seminars and conferences to educate Attorneys, Paralegals and other
5  legal professionals on best practices for ESI preservation and collection.
6       Additionally, I have 64 hours of training in the use of EnCase, a forensic data collection
7  and analysis tool from Guidance Software. I have worked in computer software development for
8  over 20 years. I have over 10 years experience with the collection and processing of electronic
9  data for discovery including time spent working with InfoEdge Technology, Fast Track
10 Litigation Support, Capitol LLC and Phillips Computer Forensics. I qualified as an expert in
11 computer forensics in November 2003 at a 403 hearing in Alameda County Superior Court in
12 Oakland California with Judge William McKinstry presiding. I offered testimony at trial in
13 January 2004 in Alameda Superior Court in Oakland California with Judge William McKinstry
14 presiding.
15       2.     On November 6, 2007, Phillips Computer Forensics was engaged by Gallagher
16 Benefit Services ("Gallagher") to forensically examine a laptop hard drive from a computer
17 ("Computer") owned by Gallagher and used by defendant James De La Torre ("De La Torre") to
18 determine what, if any, content may have been removed from the computer. This determination
19 was based on the understanding that De La Torre's last day of employment was October 15,
20 2007.
21       3.     I met with Erika Garcia at the office of Gallagher Benefit Services in San
22 Francisco, California. I took custody of a HP laptop Computer model Compaq NC6230 with
23 serial number CNU6271775. The laptop contained a Fujitsu 60 GB hard drive, serial number
24 NT9KT6626MRY. I was told by Erika Garcia that this Computer was used by De La Torre in
25 the course of his employment with Gallagher.
26       4.     I removed the hard drive from the laptop, connected it to a hardware write
27 blocking device and created a bit by bit forensic image of the hard drive using Encase from
28

1 Guidance Software. The hard drive was reinstalled in the laptop. The evidentiary image was
2 used to analyze and retrieve data.
3     5. It was noted that the computer had been accessed after the termination date of the
4 user of interest, De La Torre. Any files accessed after 10/15/07 were noted and not used to
5 analyze the activity of the user on and prior to 10/15/07.
6     6. At the request of Erika Garcia, I exported all active files from the image.
7 Additionally, I exported all deleted files with a last accessed date of 10/15/07 or earlier into a
8 directory structure and deleted files with a last accessed date after 10/15/07 into a separate
9 directory structure. Those exported files have been copied to a Simple USB drive into a folder
10 named Export for the benefit of Gallagher. Additionally, I have exported data about the files
11 including last accessed date, file create date, last modified date, name, extension, type and path
12 to Excel spreadsheets which are included on the Simple USB drive in the Report folder. I
13 created a spreadsheet that outlined the documents that were deleted from the Computer on or
14 prior to October 15, 2007.
15     7. As it is of interest in this analysis to determine if any files had been copied to
16 removable media, such as USB storage devices, I examined the SYSTEM file from the Windows
17 Registry and found that removable storage media had been attached to the computer as drive
18 letters E:\, F:\, and G:\. When removable storage device such as a USB drive is attached to a
19 computer a link (.lnk) file may be created. In this case, we have been able to identify the
20 attachment of USB devices to the computer at the following dates and time:

> July 3, 2007 2:48 PM, attached as E:\
> July 3, 2007 2:50 PM, attached as E:\
> July 30, 2007 7:03 AM, attached as E:\
> July 30, 2007 11:06 AM, attached as E:\
> October 4, 2007 7:48 AM, attached as G:\
> October 14, 2007 7:48 PM, attached as G:\

A spreadsheet, LinkFilesEandG.xls includes the system's references to the attachment of the E:\
and G:\ drive to the computer. Additionally, in the spreadsheet LinkFileEandG.xls, I have
highlighted file paths to E:\ and G:\ showing files that the user accessed on the E:\ and G:\ drives.

1  Often, when we see this type of pattern, it is indicative of bulk copying from a local drive or
2  network share to the usb drive. The links that I have highlighted on LinkFilesEandG.xls would
3  probably have been created when the user checked to see if his file copy had worked by
4  accessing the files highlighted. For instance, on July 3, 2007 at 2:48 PM, the user accessed a file
5  in the path E:\My Documents\Code Key\Department Code Key.doc and on October 4, 2007 at
6  7:48 AM, the user accessed a file in the path G:\FF Workshop Informatio1.doc. Other examples
7  of links to E:\ and G:\ are highlighted and included in LinkFilesEandG.xls.
8         8.     Using the dates listed above as points of interest and reference for potential bulk
9  file copying, I reviewed all the link files that appeared on the system either a few minutes before
10 or a few minutes after the link files to E:\ and G:\ were last accessed. A spreadsheet,
11 LnkFilesNearEandGLnks.xls, of the files that were close in time to the E:\ and G:\ link files is
12 included with this report. These link files indicate that certain files were probably copied. The
13 number of links accessed within a short period of time, gives further weight to an inference of
14 bulk file copying. On July 3, 2007 between 2:44 and 2:51 PM, 1117 files were accessed and on
15 October 14, 2007 between 7:47 PM and 7:49 PM, 150 files were accessed. Specific names of the
16 files and paths accessed by the link files in the spreadsheet LnkFilesNearEandGLnks.xls are
17 contained within the data from the link parsed by Encase in the Comments column. Examples of
18 paths of files accessed include:
19 BSDCASFOFS01\Users\JADeLaTorre·Mapped Drive\My Documents\Retirement
20 1.52hours.doc. Attached as Exhibit B is my Report Prepared for Gallagher Benefit Services.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1 |     9.    My observations during the analysis of the Computer indicate that this Computer was not being used in a manner consistent with normal workplace usage. I have found significant evidence that indicates De La Torre had, on more than one occasion, copied files in bulk to an external USB device. Locating the USB device(s) used in copying the files would assist in determining the full extent of the bulk file copying. Additionally, it would be of use to examine the user's home computer to determine if any of Gallagher's files were copied from the USB device(s) to the home computer.

    I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed on November 14, 2007 at Santa Rosa, California.

                                                                 /s/ Lynell Phillips

# EXHIBIT A

# EXHIBIT A



**Phillips Computer Forensics**
**1617 Elmwood Terrace**
**Santa Rosa, CA 95401**

# Lynell E. Phillips

## Professional Experience

**May 2004 – Present        Phillips Computer Forensics        Santa Rosa, CA**
**Computer Forensics and Expert Testimony**
www.PhillipsComputerForensics.com
Specializes in forensic data collection and analysis using EnCase from Guidance Software. Qualified in Alameda Superior Court as an Expert Witness in the field of computer forensics.

**May 2004 – July 2007        Capitol-LLC        San Francisco, CA**
**Computer Forensics and Electronic Discovery Consulting**
Areas of expertise include programming staff development for new data processing methods and applications for electronic data discovery and computer forensics including data collection and analysis

**January – May 2004        Fast Track Litigation Support        Oakland, CA**
**Chief Executive Officer**
**2003-2004 Chief Information Officer**
**2000-2003 Director of Electronic Evidence**
Specializing in the collection, preservation, analysis and presentation of computer related evidence and discovery for the legal community. In role as CEO, had direct responsibility for all operations of the company. Areas of expertise include programming staff development for new data processing methods and applications for electronic data discovery and computer forensics including data collection and analysis.

**1997-2000        InfoEdge Technology        Oakland, CA**
**District Sales and Technical Manager**
Responsible for technical management for a large class action case for government. Managed programmers and database administrators to accomplish time sensitive litigation project.

**1992-1997            ABS/Accounting and Business Services    Benicia, CA**
**Owner/Developer**
Developed, installed and supported computer solutions for small business. Full life cycle production of database solutions included fully integrated reservation, dispatching and accounting systems for ground transportation operations.

**1985-1992            TTMC Inc.                                Berkeley, CA**
**Vice President**
Worked in development, sales, and implementation of UNIX computer systems using Unify Access database for limousine and airport transportation companies.


## Expert Testimony

Alameda County Superior Court; Oakland, CA
    November 12-13, 2003
    Judge William McKinstry
    403 Hearing
    Allure v Jan Marini

Alameda County Superior Court; Oakland, CA
    January 28, 2004
    Judge William McKinstry
    Trial
    Allure v Jan Marini


## Education

Bachelor of Science, University of Houston, 1974
Certified Novell Administrator, 1997
Guidance Software, Forensic Series, 32 CE Hours, 2002
Guidance Software, Forensic Conference, 32 CE Hours, 2002


## Faculty

Lorman Education Services: Electronic Discovery and Document Storage: Management And Litigation Issues in California; Sacramento, CA; February 19, 2004

Lorman Education Services: Discovery Skills for Legal Staff in California; Oakland, CA; February 24, 2004

Lorman Education Services: Electronic Discovery and Document Storage, Management And Litigation Issues in California; Sacramento, CA; February 16, 2005

Paralegal Superconference: Keynote Address, Reality Bytes; San Francisco, CA; March11, 2005

Glasser Legal Works: How Not To Get Burned By Your E-Discovery Vendor; San Francisco, CA; March 18, 2005

Paralegal Superconference: Keynote Address, Reality Bytes; Los Angeles, CA; April 16, 2005

Lorman Education Services: Discovery Skills for Legal Staff in California; Oakland, CA; June 21, 2005

California Alliance of Paralegal Associations 17th Annual Conference: Reality Bytes with practical exercise; Sacramento, CA; June 25, 2005

Houston Metropolitan Paralegal Association On the Cutting Edge of Technology Conference: Reality Bytes, Houston, TX; August 26, 2005

# EXHIBIT B

# EXHIBIT B



**Phillips Computer Forensics**
**1617 Elmwood Terrace**
**Santa Rosa, CA 95401**

**Report prepared for Gallagher Benefits Services**

**Investigator: Lynell Phillips, Phillips Computer Forensics, 415-793-2134**

**Date of Report: November 9, 2007**

On November 6, 2007, I met with Erika Garcia at the office of Gallagher Benefit Services in San Francisco California. I took custody of a HP laptop computer model Compaq NC6230 with serial number CNU6271775. The laptop contained a Fujitsu 60 GB hard drive, serial number NT9KT6626MRY.

I removed the hard drive from the laptop, connected it to a hardware write blocking device and created a bit by bit forensic image of the hard drive using Encase from Guidance Software. The hard drive was reinstalled in the laptop. The evidentiary image was used to analyze and retrieve data.

It was noted that the computer had been accessed after the termination date of the user of interest. Any files accessed after 10/15/07 were noted and not used to analyze the activity of the user's on and prior to 10/15/07.

At the request of Erika Garcia, I exported all active files from the image. Additionally, I exported all deleted files with a last accessed date of 10/15/07 or earlier into a directory

structure and deleted files with a last accessed date after 10/15/07 into a separate directory structure. Those exported files have been copied to a Simple USB drive into a folder named Export for the benefit of Gallagher. Additionally, I have exported data about the files including last accessed date, file create date, last modified date, name, extension, type and path to Excel spreadsheets which are included on the Simple USB drive in the Report folder.

As it is of interest in this analysis to determine if any files had been copied to removable media such as USB storage devices, I examined the SYSTEM file from the Windows Registry and found that removable storage media had been attached to the computer as drive letters E:\, F:\, and G:\.

When removable storage device such as a USB drive is attached to a computer a link (.lnk) file may be created. In this case, we have been able to identify the attachment of USB devices to the computer at the following dates and time:

    July 3, 2007 2:48 PM, attached as E:\
    July 3, 2007 2:50 PM, attached as E:\
    July 30, 2007 7:03 AM, attached as E:\
    July 30, 2007 11:06 AM, attached as E:\
    October 4, 2007 7:48 AM, attached as G:\
    October 14, 2007 7:48 PM, attached as G:\

A spreadsheet, LinkFilesEandG.xls includes the system's references to the attachment of the E:\ and G:\ drive to the computer. Additionally, in the spreadsheet LinkFileEandG.xls, I have highlighted file paths to E:\ and G:\ showing files that the user accessed on the E:\ and G:\ drives. Often, when we see this type of pattern, it is

indicative of bulk copying from a local drive or network share to the usb drive. The links that I have highlighted on LinkFilesEandG.xls would probably have been created when the user checked to see if his file copy had worked by accessing the files highlighted.

For instance, on July 3, 2007 at 2:48 PM, the user accessed a file in the path E:\My Documents\Code Key\Department Code Key.doc and on October 4, 2007 at 7:48 AM, the user accessed a file in the path G:\FF Workshop Informatio1.doc. Other examples of links to E:\ and G:\ are highlighted and included in LinkFilesEandG.xls.

Using the dates listed above as points of interest and reference for potential bulk file copying, I reviewed all the link files that appeared on the system either a few minutes before or a few minutes after the link files to E:\ and G:\ were last accessed. A spreadsheet, LnkFilesNearEandGLnks.xls, of the files that were close in time to the E:\ and G:\ link files is included with this report. These link files indicate that certain files were probably copied. The number of links accessed within a short period of time, gives further weight to an inference of bulk file copying. On July 3, 2007 between 2:44 and 2:51 PM, 1117 files were accessed and on October 14, 2007 between 7:47 PM and 7:49 PM, 150 files were accessed. Specific names of the files and paths accessed by the link files in the spreadsheet LnkFilesNearEandGLnks.xls are contained within the data from the link parsed by Encase in the Comments column. Examples of data from the Comments column are found on the following page.

The following is a link to the C:\ drive to a file called CSRS Retirement 1.52hours.doc:

Link File:···A0027358.lnk·Full Path:···Gallagher_Laptop\Gallagher_NT9KT6626MRY\C\System Volume Information\_restore{4102712B-556B-4356-908F-E3976DF67937}\RP244\A0027358.lnk·Offset:···0·Size:···586·File Flags:··0 1   3 4    ·File Attributes:··ARCHIVE·Show Window Value:·SW_NORMAL·Created Date:··06/15/07 11:31:09AM·Last Written Date:·06/18/07 08:58:58PM·Last Accessed Date:·06/19/07 11:58:44PM·Volume Label:···C·Media Type:··Fixed·Volume Serial:···3C 1B 9F 1A ·File Length:··256512·Icon File Name:···Command Line:···Base Path:··C:\Documents and Settings\jadelatorre\Desktop\CSRS Retirement 1.52hours.doc·Application Path:··Working Directory:·C:\Documents and Settings\jadelatorre\Desktop·Share Name:···Mapped Drive Letter:···Description:···NetBIOS:···sfonbgbjdel·MAC Address:···00 03 8a 00 00 15 ·

The following is a link to a file, Retirement 1.52hours.doc in the network path \\BSDCASFOFS01\Useres\JADeLaTorre:

Link File:···A0026626.lnk·Full Path:···Gallagher_Laptop\Gallagher_NT9KT6626MRY\C\System Volume Information\_restore{4102712B-556B-4356-908F-E3976DF67937}\RP240\A0026626.lnk·Offset:···0·Size:···585·File Flags:··0 1     4    ·File Attributes:··NORMAL·Show Window Value:·SW_NORMAL·Created Date:··07/10/06 10:38:05AM·Last Written Date:·08/02/06 02:24:47PM·Last Accessed Date:·06/15/07 11:32:29AM·Volume Label:···Media Type:··Remote_Drive·Volume Serial:···File Length:··326144·Icon File Name:···Command Line:···Base Path:···<Empty>·Application Path:·My Documents\Retirement 1.52hours.doc·Working Directory:·H:\My Documents·Share Name:···\\BSDCASFOFS01\Users\JADeLaTorre·Mapped Drive Letter:··H:·Description:···NetBIOS:···bsdcasfofs01·MAC Address:···00 0f 20 f7 cb bd ·