SEYFARTH SHAW LLP
Robert S. Niemann (SBN 087973)
E-mail: rniemann@seyfarth.com
Michael J. Burns (SBN 172614)
E-mail: mburns@seyfarth.com
Althea Bovell (SBN 200240)
E-mail: abovell@seyfarth.com
Krista L. Mitzel (SBN 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
GALLAGHER BENEFIT SERVICES, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLAGHER BENEFIT SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DE LA TORRE, an individual, ANDREINI & COMPANY, a California Corporation,<br><br>Defendants. | Case No. 07 05495 VRW<br><br>**DECLARATION OF NORBERT CHUNG IN SUPPORT OF PLAINTIFF'S REPLY TO OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br>Date:      November 15, 2007<br>Time:     2:30 p.m.<br>Courtroom:   6<br>Honorable Vaughn R. Walker |

   I, NORBERT CHUNG, declare:

   1.   I am the Executive Vice President for the Western Region of Gallagher Benefit Services of California. My office is in Glendale, California. I have full knowledge of, and am competent to testify to, all matters stated in this Declaration herein, and have a reasonable belief that the information indicated to be on information and belief is accurate, and if called to testify in this matter would competently testify to the matters stated therein.

   2.   As the Executive Vice President, I am familiar with Gallagher's current and prospective accounts, business, development and marketing efforts, particularly related to the

1
Declaration of Norbert Chung ISO Reply to Opposition to Preliminary Injunction Case No. 07 05495 VRW

Federal First™ program. I am also familiar with Gallagher's confidential and proprietary information and data which has been accumulated, refined and developed over many years and at great expense, and the Company's efforts to maintain the secrecy thereof.

3. In my position, I indirectly supervise James De La Torre. He reports to the Area President (Branch Manager) David Brown, who reports to me. In 1991, Gallagher began working in the federal marketplace with a Group Long Term Disability program, sold under the name Federal Employees Group Long Term Disability, later rebranded as Federal First,™ hence the program was designed and implemented in the industry prior to De La Torre's hire.

4. The Federal First™ program as developed by Gallagher consists of more than just educational seminars, but offers our clients and would not exists without (a) a participating carrier to underwrite the program; (b) a third party administrator; (c) a patented website exclusive to Federal First™; and (d) member support. All of these components are vital to such a program and must function together to be effective.

5. Based on my experience and involvement in the development and oversight of Federal First™, not any carrier would be willing to participate in a plan like this. But, because of Gallagher's national platform, reputation and goodwill in the insurance industry, and the number of eligible participants Gallagher was able to bring to the program, in addition to the promise of a third party administrator to handle all of the costly details and administration of the program, our current carrier agreed and contracted to participate.

6. In addition, the patented website specifically designed for Federal First™ offers clients and their members, and prospective members full access and information on the available suite of benefits, and allows any interested individual to sign up on-line.

7. In order to distinguish itself from its competitors, Gallagher identifies insurance company partners which can provide the best suite of services to its (Gallagher's) clients.

2

Declaration of Norbert Chung ISO Reply to Opposition to Preliminary Injunction Case No. 07 05495 VRW

Gallagher also negotiates with its partners to obtain preferred pricing and benefits for its clients, based on the number of members Gallagher is able to bring to the program and its national platform. Gallagher's Federal First™ program is able to offer the members of federal employer organizations the best products and best prices, on a group, not individual basis. There is no known program in the federal market that combines the administration, marketing, and website and member support comparable to those provided by Federal First.™

8. De La Torre states in his declaration in Opposition to Gallagher's motion for a preliminary injunction at page 4, line 14-16, that Gallagher contacted him in 1998 after our program was "frozen." This was never the case. Gallagher's programs, and particularly Federal First™ were never "frozen" or stalled at any point in time.

9. Gallagher was involved at all times in extensive negotiating with the Federal First™ carrier, on pricing and benefits offered. The numbers of participants brought under the Federal First™ program and Gallagher's national platform impacted the pricing negotiated with the carrier, the term commitments and benefits offered.

10. Also, Gallagher was also involved at all times in the design of the collateral and marketing materials for Federal First.™

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 14, 2007 in Glendale, California.

_____
Norbert Chung

SF1 28307628.1

3
Declaration of Norbert Chung ISO Reply to Opposition to Preliminary Injunction Case No. 07 05495 VRW