UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** November 15, 2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Juanita Gonzalez

**CASE NO.** C 07-5495 VRW

**TITLE:** GALLAGHER BENEFIT SERVICES INC v JAMES DE LA TORRE et al

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Michael Burns, Althea Bovell | David Morgan |

**PROCEEDINGS:**   1. Preliminary Injunction Hearing
                             2.

**RESULTS:**   The Court heard argument from counsel.
                      The Court took the matter(s) under-submission.
                      Court to issue written ruling.