**DAVID JAY MORGAN**
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW
1900 O'FARRELL STREET SUITE 190
SAN MATEO, CALIFORNIA 94403

TELEPHONE: (650) 286-1212                                           FAX: (650) 286-1212


November 19, 2007


Hon. Vaughn R. Walker
United States District Court Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Gallagher Benefits Services v James De La Torre and Andreini
      & Company
      Case No. C 07 5495 VRW

Dear Judge Walker:

I received your Order after hearing, and was quite surprised to see that the National Counsel of Bankruptcy Clerks and the Federal Law Enforcement Officers Association were included in the restraining order.

As you know, these accounts were contacted before a restraining order was issued. At the conclusion of the hearing, it is my recollection that I asked you to confirm that those two accounts would be exempt, and it is my firm belief that you said they would be.

I would request that the court reporter transcribe the very last portion of the hearing to see if my recollection is correct.

Very truly yours,

DAVID JAY MORGAN, INC.
A Professional Corporation

/ s /


David Jay Morgan

DJM/mo
cc: Michael J. Burns, Esq.

