**DAVID JAY MORGAN, ESQ.**
**STATE BAR NUMBER 028994**
**DAVID JAY MORGAN, INC.**
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 190
SAN MATEO, CALIFORNIA   94403
TELEPHONE:      (650) 286-1212
FAX:            (650) 286-1216

Attorney for Defendants
**JAMES DE LA TORRE and ANDREINI & COMPANY**

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GALLAGHER BENEFITS SERVICES, INC., a Delaware Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES DE LA TORRE, and individual, ANDREINI & COMPANY, a California Corporation,**<br><br>Defendants. | CASE NO: C 07 5495 VRW<br><br>**NOTICE OF UNAVAILABILITY** |

   NOTICE IS HEREBY GIVEN that commencing Friday, December 21, 2007, through Tuesday, January 1, 2008, DAVID JAY MORGAN, ESQ., will not be available for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to *ex parte* applications, appearing in court, responding to discovery and/or attending depositions.

   NOTICE IS FURTHER GIVEN that purposely scheduling a conflicting proceeding without good cause is sanctionable conduct

NOTICE OF UNAVAILABILITY                1

(<u>Tenderloin Housing Clinic v Sparks</u> (1992) 8 Cal.App.3d 299).

Dated this 19th day of November 2007, at San Mateo, California.

                                      DAVID JAY MORGAN, INC.
                                      A Professional Corporation


                                      ___/s/_____
                                      David Jay Morgan