IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLAGHER BENEFITS SERVICES, INC,      No    C   07-5495   VRW

      Plaintiff,                               ORDER

   v

JAMES DE LA TORRE AND ANDREINI &
COMPANY,

      Defendants.

_____/

The court is in receipt of the parties' letters, Doc ##27, 29, seeking clarification of the court's November 16, 2006 order granting a preliminary injunction against defendants. Doc #26. In response to the parties' questions, the court ORDERS as follows:

Defendants are enjoined and restrained from soliciting, placing or accepting business from all the entities listed in the court's November 16, 2006 order *including* those two entities that defendants contacted prior to the issuance of a restraining order,

1 namely the National Council of Bankruptcy Clerks and the Federal
2 Law Enforcement Officers Association.

3      The $30,000 bond that plaintiff was ordered to post in
4 the November 16, 2006 order was only intended to add $5,000 to the
5 $25,000 bond ordered on October 30, 2007 and posted on November 1,
6 2006 in connection with the temporary restraining order.  Doc #8.
7 The case docket, as of the time of entry of this order, does not
8 indicate that the second bond has yet been posted.  Accordingly,
9 plaintiff need only post an additional $5,000.  In the event that
10 plaintiff has already posted an additional $30,000, the clerk is
11 DIRECTED to return the initial $25,000 to plaintiff.

15      IT IS SO ORDERED.

                                               VAUGHN R WALKER
                                               United States District Chief Judge