# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-17316        U.S. District Court Case No. CV-07-05495-VRw

Short Case Title   Gallagher Benefit Services, Inc. v De La Torre et al.

Date Notice of Appeal Filed by Clerk of District Court   12/13/07

SECTION A - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/29/07 | Joan Columbini | Plaintiff's Application for TRO |
| 11/05/07 | Sylvia Russo | Plalintiff's OSC re Prelim. Injunction |
| 11/15/07 | Juanita Gonzalez | Plaintiff's Motion for Prelim. Injunction |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

David Jay Morgan
David Jay Morgan, Inc.
1900 O'Farrell Street, Suite 190
San Mateo, CA  94403
Tel:  (650) 286-1212

Date Transcript Ordered 12/21/07

*David Jay Morgan*
Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE



# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-17316              U.S. District Court Case No. CV-07-05495-VRw

Short Case Title   Gallagher Benefit Services, Inc. v De La Torre et al.

Date Notice of Appeal Filed by Clerk of District Court   12/13/07

SECTION A - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/29/07 | Joan Columbini | Plaintiff's Application for TRO |
| 11/05/07 | Sylvia Russo | Plalintiff's OSC re Prelim. Injunction |
| 11/15/07 | Juanita Gonzalez | Plaintiff's Motion for Prelim. Injunction |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

David Jay Morgan
David Jay Morgan, Inc.
1900 O'Farrell Street, Suite 190
San Mateo, CA  94403
Tel:  (650) 286-1212

Date Transcript Ordered 12/21/07

Signature Attorney/Pro Per Litigant

SECTION B - To be completed by court reporter

I, _____ have received this designation.c
            court reporter

Arrangements for payment were made on _____.

NOTE TO COURT REPORTER

(1) When designation is received, contact attorney regarding payment.
(2) Complete this copy and send to the court reporter supervisor.
(3) Complete and file copy #3 with the court reporter supervisor upon completion of the transcript.

COPY TWO



# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-17316      U.S. District Court Case No. CV-07-05495-VRw

Short Case Title  Gallagher Benefit Services, Inc. v De La Torre et al.

Date Notice of Appeal Filed by Clerk of District Court  12/13/07

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/29/07 | Joan Columbini | Plaintiff's Application for TRO |
| 11/05/07 | Sylvia Russo | Plalintiff's OSC re Prelim. Injunction |
| 11/15/07 | Juanita Gonzalez | Plaintiff's Motion for Prelim. Injunction |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
David Jay Morgan
David Jay Morgan, Inc.
1900 O'Farrell Street, Suite 190
San Mateo, CA  94403
Tel:  (650) 286-1212

Date Transcript Ordered 12/21/07

Signature Attorney/Pro Per Litigant

**SECTION C** - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed _____   Court Reporter's Signature _____
                                                         print last name

**Section D**

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

_____     _____     BY: _____
(U.S. District Court Clerk)      (Date)                              Deputy Clerk

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE



# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No.  07-17316            U.S. District Court Case No.  CV-07-05495-VRw

Short Case Title   Gallagher Benefit Services, Inc. v De La Torre et al.

Date Notice of Appeal Filed by Clerk of District Court   12/13/07

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/29/07 | Joan Columbini | Plaintiff's Application for TRO |
| 11/05/07 | Sylvia Russo | Plalintiff's OSC re Prelim. Injunction |
| 11/15/07 | Juanita Gonzalez | Plaintiff's Motion for Prelim. Injunction |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

David Jay Morgan
David Jay Morgan, Inc.
1900 O'Farrell Street, Suite 190
San Mateo, CA  94403
Tel:  (650) 286-1212

Date Transcript Ordered  12/21/07

Signature Attorney/Pro Per Litigant

**SERVICE COPY FOR OTHER PARTIES TO CASE**
A copy of this page must be served on all parties to the case. Photocopy if necessary.

COPY FOUR



# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No.  07-17316                    U.S. District Court  Case No.  CV-07-05495-VRw

Short Case Title   Gallagher Benefit Services, Inc. v De La Torre et al.

Date Notice of Appeal Filed by Clerk of District Court   12/13/07

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/29/07 | Joan Columbini | Plaintiff's Application for TRO |
| 11/05/07 | Sylvia Russo | Plalintiff's OSC re Prelim. Injunction |
| 11/15/07 | Juanita Gonzalez | Plaintiff's Motion for Prelim. Injunction |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

David Jay Morgan
David Jay Morgan, Inc.
1900 O'Farrell Street, Suite 190
San Mateo, CA  94403
Tel:  (650) 286-1212

Date Transcript Ordered  12/21/07

*/s/ David Jay Morgan*
Signature Attorney/Pro Per Litigant

**FILE COPY FOR ORDERING PARTY**

**COPY FIVE**

