UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 21 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GALLAGHER BENEFIT SERVICES, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAMES DE LA TORRE; et al., <br><br> Defendants - Appellants. | No. 07-17316 <br><br> D.C. No. CV-07-05495-VRW <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |

The appeal filed December 14, 2007 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

If they have not already done so, within 7 calendar days of the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule is set as follows: the opening brief is due not later than January 11, 2008; the answering brief is due February 8, 2008 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days of service of the answering brief. *See* 9th Cir. R. 3-3(b). If

S:\MOATT\Clrkords\12-07\dt\07-17316.wpd

07-17316

appellant fails to file timely the opening brief, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

For the Court

*[signature]*

Dan Torres
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A
