SEYFARTH SHAW LLP
Robert S. Niemann (SBN 087973)
E-mail: rniemann@seyfarth.com
Michael J. Burns (SBN 172614)
E-mail: mburns@seyfarth.com
Althea V. Bovell (SBN 200240)
E-mail: abovell@seyfarth.com
Krista L. Mitzel (SBN 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
GALLAGHER BENEFIT SERVICES, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLAGHER BENEFIT SERVICES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES DE LA TORRE, an individual, ANDREINI & COMPANY, a California Corporation,<br><br>    Defendants. | Case No. 07 05495 VRW<br><br>**STIPULATION AND PROPOSED ORDER TO STAY DISTRICT COURT ACTION PENDING APPEAL** |

WHEREAS, on October 29, 2007, Plaintiff Gallagher Benefit Services, Inc. filed a complaint for damages and injunctive relief, and motion for temporary restraining order against defendants James De La Torre and Andreini & Company (collectively "Defendants"). On October 29, 2007, the District Court scheduled an initial case management conference for February 7, 2008 at 3:30 p.m., and set January 31, 2008 as the parties deadline for exchanging Initial Disclosures and filing a Joint Rule 26 Report.

WHEREAS, on November 16, 2007, after review of the papers in support of and opposition thereto, and oral argument, the District Court ordered that Defendants be enjoined and restrained from soliciting, placing or accepting business from Plaintiff's current and prospective

1

1　clients as identified in the Order.  On November 21, 2007, the District Court issued a further

2　Order clarifying Plaintiff's current and prospective clients encompassed within the preliminary

3　injunction.

4　　　　WHEREAS, on December 14, 2007, Defendants filed and served its Notice of Appeal of

5　the District Court's Order granting a preliminary injunction against Defendants.  Defendants'

6　opening brief is due January 25, 2008.  Plaintiff's response is due February 22, 2008.

7　　　　NOW, THEREFORE, the parties agree and hereby stipulate, pending resolution of

8　Defendants' appeal, to stay the District Court action, to vacate the January 31, 2008 deadline for

9　filing the Joint Rule 26 report and for exchange of the parties Initial Disclosures, and to vacate

10　the case management conference set for February 7, 2008; and that these dates shall be reinstated

11　///

12　///

13　///

14　///

15　///

16　///

17　///

18　///

19　///

20　///

21　///

22　///

23　///

24　///

25　///

26　///

27　///

28　///

Stipulation and Proposed Order to Stay District Court Action Pending Appeal; Case No. 07 05495 VRW

1    by the District Court upon resolution of the appeal.  The parties further agree and hereby

2    stipulate that the preliminary injunction shall remain in place as Ordered in the District Court's

3    November 16, 2007 Order.

4

5    DATED: January ___, 2008                        SEYFARTH SHAW LLP

6

7                                                    By _____

8                                                         Robert S. Niemann
                                                         Michael J. Burns
9                                                        Althea V. Bovell
                                                         Krista L. Mitzel
10                                                   Attorneys for Plaintiff
                                                     GALLAGHER BENEFITS SERVICES, INC.

11   DATED: January _____, 2008                     DAVID J. MORGAN, INC.

12

13                                                   By _____

14                                                        David J. Morgan
                                                     Attorneys for Defendants
15                                                   JAMES DE LA TORRE AND ANDREINI &
                                                     COMPANY

16

17

18   **IT IS SO ORDERED.**

19

20   DATED:                                          _____
                                                     Honorable Vaughn R. Walker
21                                                   United States District Court Judge

22   SF1 28313037.1

23

24

25

26

27

28

Stipulation and Proposed Order to Stay District Court Action Pending Appeal; Case No. 07 05495 VRW

1  by the District Court upon resolution of the appeal. The parties further agree and hereby

2  stipulate that the preliminary injunction shall remain in place as Ordered in the District Court's

3  November 16, 2007 Order.

4

5  DATED: January 18, 2008

6                                          SEYFARTH SHAW LLP

7

8  By _____

9                                          Robert S. Niemann
                                            Michael J. Burns
                                            Althea V. Bovell
                                            Krista L. Mitzel
10                                         Attorneys for Plaintiff
                                            GALLAGHER BENEFITS SERVICES, INC.
11 DATED: January 18, 2008

12                                         DAVID J. MORGAN, INC.

13

14 By _____
                                            David J. Morgan
15                                         Attorneys for Defendants
                                            JAMES DE LA TORRE AND ANDREINI &
16                                         COMPANY

17

18 IT IS SO ORDERED.

19

20 DATED:

21                                         _____
                                            Honorable Vaughn R. Walker
                                            United States District Court Judge
22 SF1 28313037.1

23

24

25

26

27

28