FILED

JAN 1 1 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GALLAGHER BENEFIT SERVICES, INC., | No. 07-17316 |
| Plaintiff - Appellee, | D.C. No. CV-07-05495-VRW<br>Northern District of California,<br>San Francisco |
| v. | |
| JAMES DE LA TORRE; et al., | ORDER |
| Defendants - Appellants. | |



FILED

JAN 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This is a preliminary injunction appeal.

Appellants' motion for judicial notice is referred to the merits panel for

whatever consideration the panel deems appropriate.

Appellants' oral request for a 14-day extension of time to file the opening

brief is granted. The opening brief is due January 25, 2008. The answering brief

is due February 22, 2008, or 28 days after service of the opening brief, whichever

is earlier; and the optional reply brief is due within 14 days of service of the

answering brief. *See* 9th Cir. R. 3-3(b).

S:\MOATT\Clrkords\1-08\dt\07-17316.wpd

07-17316

If appellants fail to file timely the opening brief, this appeal will be

dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R.

42-1.

For the Court

Dan Torres
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A