IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLAGHER BENEFIT SERVICES, INC., | No. C 07-5495 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| JAMES DE LA TORRE; ANDREINI & COMPANY, | |
| Defendant. | |

    YOU ARE NOTIFIED THAT a Case Management Conference in this case has been scheduled for **September 25, 2008 at 3:30 p.m.** Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: June 26, 2008

                            FOR THE COURT,
                            Richard W. Wieking, Clerk

                            By: *Cora Klein*
                            Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov