UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 20 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| GALLAGHER BENEFIT SERVICES, INC., <br><br> Plaintiff - Appellee, <br><br> V. <br><br> JAMES DE LA TORRE; ANDREINI & COMPANY, <br><br> Defendants - Appellants. | No.  07-17316 <br> D.C. No.  CV-07-05495-VRW <br> Northern District of California, <br> San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered 06/24/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk