**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

August 12, 2008

CASE NUMBER:   **CV 07-05495 VRW**
CASE TITLE:   **GALLAGHER BENEFIT SERVICES-v- JAMES DE LA TORRE**
DATE MANDATE FILED:   7/22/2008

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gwen S. Agid*

by: Gwen Agid
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                                  U.S. Marshal (Copy of Mandate)
                                  U.S. Probation Office

NDC App-16