UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GALLAGHER BENEFIT SERVICES,
INC., a Delaware Corporation
          Plaintiff(s),

v.

JAMES DE LA TORRE, an individual,
ANDREINI & COMPANY, a
California Corporation
          Defendant(s).

Case No. 07-05495 VRW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 4, 2008

[Party]
Gallagher Benefit Services, Inc., Plaintiff

Dated: September 4, 2008

[Counsel]
Robert S. Niemann

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05