UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GALLAGHER BENEFIT SERVICES,
INC., a Delaware Corporation
        Plaintiff(s),

    v.

JAMES DE LA TORRE, an individual,
ANDREINI & COMPANY, a California
        Defendant(s).
_____/

Case No. 07-05495 VRW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/8/2008

/s/
Andreini & Company et al
[Party]

Dated: 9/8/2008

/s/
David Jay Morgan
[Counsel]

