# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GALLAGHER BENEFIT SERVICES, INC.
a Delaware Corporation,
               Plaintiff(s),

CASE NO.   07-05495 VRW

         v.
JAMES DE LA TORRE, an Indiv.,
ANDREINI & COMPANY, a CA
Corporation,
               Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

_____/

     Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
     Non-binding Arbitration (ADR L.R. 4)
     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
     Private ADR *(please identify process and provider)* ~~Hon. William Bettine~~lli at
                                  JAMS

The parties agree to hold the ADR session by:   We are attempting to schedule a mediation
                                   on October 28 or 29, 2008 w/Judge Bettinelli
     the presumptive deadline *(The deadline is 90 days from the date of the order
     referring the case to an ADR process unless otherwise ordered. )*

     other requested deadline _____

                                   Robert S. Niemann, Esq.

Dated: September 8, 2008                        _____/s/_____
                                   Attorney for Plaintiff

                                   David J. Morgan
Dated: September 8, 2008                        _____/s/_____
                                   Attorney for Defendant
                                   Andreini & Co.