DAVID JAY MORGAN, ESQ.
STATE BAR NUMBER 028994
DAVID JAY MORGAN, INC.
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 190
SAN MATEO, CALIFORNIA   94403
TELEPHONE:      (650) 286-1212
FAX:            (650) 286-1216

Attorney for Defendants
JAMES DE LA TORRE and ANDREINI & COMPANY

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLAGHER BENEFITS SERVICES, INC., a Delaware Corporation,  )<br>)<br>)<br>Plaintiff,                )<br>)<br>v.                         )<br>)<br>JAMES DE LA TORRE, and     )<br>individual, ANDREINI &     )<br>COMPANY, a California      )<br>Corporation,              )<br>)<br>Defendants.                )<br>_____ ) | CASE NO: C 07 5495 VRW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br><br>Date:  25 September 2008<br>Time:  3:30 p.m.<br>Dept.:  6 |

It is hereby stipulated by and between the parties as follows:

1.   A Case Management Conference is regularly scheduled to come on for hearing before the Honorable Vaughn R. Walker on the 25th day of September 2008 at 3:30 p.m., Department 6.

2.   A mediation has been scheduled with the Honorable William L. Bettinelli (Ret.) on the 29th of October 2008.

---
STIPULATION AND ORDER TO
CONTINUE CASE MANAGEMENT
CONFERENCE                          1

3.  Settlement discussions have been taking place privately by the parties.

4.  The parties believe there is a substantial likelihood that this case could be resolved.

Therefore, with the permission of the Court, it is hereby stipulated that the Case Management Conference above-referred to be continued to 4 December 2008 at 3:30 p.m, Department 6.

Dated this 23rd day of September 2008.

_____
Robert S. Nieman
for Plaintiff

_____/s/_____
David Jay Morgan
for Defendants

DAVID JAY MORGAN, ESQ.
STATE BAR NUMBER 028994
DAVID JAY MORGAN, INC.
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 190
SAN MATEO, CALIFORNIA   94403
TELEPHONE:     (650) 286-1212
FAX:           (650) 286-1216

Attorney for Defendants
JAMES DE LA TORRE and ANDREINI & COMPANY

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLAGHER BENEFITS SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DE LA TORRE, and individual, ANDREINI & COMPANY, a California Corporation,<br><br>Defendants. | CASE NO: C 07 5495 VRW<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Based upon the above stipulation, the Court orders the Case Management Conference scheduled on 25 September 2008 at 3:30 p.m., to be reset to 4 December 2008 at 3:30 p.m.



_____
Judge of the District Court

STIPULATION AND ORDER TO
CONTINUE CASE MANAGEMENT
CONFERENCE                                  3