1  SEYFARTH SHAW LLP
   Robert S. Niemann (SBN 087973)
2  E-mail: rniemann@seyfarth.com
   Althea V. Bovell (SBN 200240)
3  E-mail: abovell@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Tel: (415) 397-2823
5  Fax: (415) 397-8549

6  Attorneys for Plaintiff
   GALLAGHER BENEFIT SERVICES, INC.
7
   DAVID JAY MORGAN, INC.
8  A PROFESSIONAL CORPORATION
   David Jay Morgan, Esq. (SBN 028994)
9  1900 O'Farrell Street, Suite 190
   San Mateo, California 94403
10 Tel: (650) 286-1212
   Fax: (650) 286-1216
11 Attorney for Defendants
   JAMES DE LA TORRE and ANDREINI & COMPANY

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GALLAGHER BENEFIT SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DE LA TORRE, an individual, ANDREINI & COMPANY, a California Corporation,<br><br>Defendants. | Case No. 07 05495 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
|---|---|

The parties to this litigation, Plaintiff Gallagher Benefit Services, Inc. and Defendants James De La Torre and Andreini & Company have reached a settlement in this litigation. The terms and conditions of the settlement are to remain confidential. However, the parties wish to dismiss this matter at this time without prejudice and have this honorable Court reserve jurisdiction over the matter until the completion of the injunctive period, which terminates on October 29, 2009. At the conclusion of the injunctive period the Court may enter an order dismissing this matter with prejudice.

1    Therefore, the parties hereby stipulation that this matter can be dismissed without
2    prejudice at this time and reserve a dismissal of this action with prejudice until October 29, 2009.
3    The Court shall maintain jurisdiction over this litigation in the interim.

DATED: February 10, 2009            SEYFARTH SHAW LLP

                                    By _____
                                       Robert S. Niemann
                                       Althea V. Bovell
                                       Attorneys for Plaintiff
                                       GALLAGHER BENEFITS SERVICES, INC.

DATED: February 9, 2009

                                    By _____
                                       David Jay Morgan
                                       Attorneys for Defendants
                                       JAMES DE LA TORRE, and ANDREINI & CO.

## ORDER RE DISMISSAL WITHOUT PREJUDICE

Pursuant to the stipulation of the parties herein, having resolved this matter, the court hereby dismisses this matter without prejudice from this date forward until the end of the injunctive period which terminates on October 29, 2009. The Court shall maintain jurisdiction over this litigation until that time. On October 29, 2009 this case will be dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 13, 2009            _____
                                    Honorable Vaughan R. Walker
                                    U.S. District Court Judge